# EXIHBIT 1

## EQUIFAX CREDIT PULLS

## BY: DEFENDANTS CAPITAL ONE, FIRST USA BANK

## & DISCOVER

You have no revolving accounts on file.

# Other Accounts

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

You have no accounts classified as "Other" on file

# Payment History Key

| Meaning | Symbol | Meaning | Symbol |
|---|---|---|---|
| Pays or Paid as Agreed: | * | 180+ Days Past Due: | 180 |
| 30-59 Days Past Due: | 30 | Collection Account: | CA |
| 60-89 Days Past Due: | 60 | Foreclosure: | F |
| 90-119 Days Past Due: | 90 | Voluntary Surrender: | VS |
| 120-149 Days Past Due: | 120 | Repossession: | R |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

# Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquiries - those that may impact your credit rating and those that do not.

**Inquiries that may impact your credit rating**

These inquiries are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
|---|---|
| COMCAST-BOSTON | 04/26/13 |

| Creditor Contact Information |
|---|
| COMCAST-BOSTON 3303 Main St Springfield, MA 011071111 |

**Inquiries that do not impact your credit rating**

These inquiries include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

| Company Information | Date of Inquiry |
|---|---|
| PRM-CAPITAL ONE | 02/13/14, 01/09/14, 12/12/13, 11/08/13, 10/08/13, 09/11/13, 08/08/13, 07/11/13, 06/13/13, 05/09/13 |
| PRM-FIRST USA BANK | 03/03/14, 02/24/14, 02/22/14 |
| ND-CITIZENS BANK | 01/13/14 |
| PRM-DISCOVER FINANCIAL SERVICES | 05/10/13, 03/15/13 |

| EQUIFAX | Prefix Description |
|---|---|

PRM    Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.(PRM inquiries remain for twelve months.)

AM or AR    Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.)

EMPL Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

PR   Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR inquiries remain for 12 months.)

Equifax or EFX Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months.)

ND MR   Inquiries with this prefix indicate the reissue of a mortgage credit file containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND inquiries remain for 24 months.)

# EXIHBIT 2

## *EXPERIAN CREDIT PULLS*

## *BY: DEFENDANTS CAPITAL ONE, CHASE, PROGRESSIVE INSURANCE & DISCOVER FINANCIAL*



You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

### CIC/EXPERIAN IDENTITY CH

**Address:**
535 ANTON BLVD STE 100
COSTA MESA CA 92626
*No phone number available*

**Date of Request:**
03/11/2014

### CONSUMERINFO.COM INC

**Address:**
535 ANTON BLVD STE 100
COSTA MESA CA 92626
*No phone number available*

**Date of Request:**
03/11/2014

### CAP ONE

**Address:** **Date of Request:**
PO BOX 30281 01/31/2014, 01/25/2014, 12/27/2013, 11/26/2013, 11/02/2013, 10/01/2013, 08/30/2013, 08/21/2013,
SALT LAKE 07/27/2013, 06/27/2013, 05/18/2013, 04/13/2013, 12/12/2012, 11/03/2012, 10/05/2012, 08/08/2012,
CITY UT 84130 07/11/2012
*No phone number available*

### CHASE

**Address:**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900

**Date of Request:**
12/23/2013

## LEXISNEXIS

**Address:**
2885 BRECKENRIDGE BLVD #55D
DULUTH GA 30096
*No phone number available*

**Comments:**
On behalf of SAFETY INS CO for Insurance underwriting

**Date of Request:**
11/09/2013

## DISCOVER FINANCIAL SVCS

**Address:**
PO BOX 15157
WILMINGTON DE 19850
*No phone number available*

**Date of Request:**
10/03/2013, 08/16/2013, 06/28/2013, 05/10/2013

## PROGRESSIVE INSURANCE

**Address:**
6300 WILSON MILLS RD
CLEVELAND OH 44143
*No phone number available*

**Date of Request:**
07/17/2013, 05/21/2013

## PROGRESSIVE INSURANCE

**Address:**

*No phone number available*

**Date of Request:**
05/21/2013

## LEXISNEXIS/INS/P&C

**Address:**
1000 ALDERMAN DR
ALPHARETTA GA 30005
*No phone number available*

**Comments:**
On behalf of SAFETY INS CO for Insurance underwriting

**Date of Request:**
05/10/2013

## NATIONAL GRID

**Address:**
300 ERIE BLVD W
SYRACUSE NY 13202
(800) 443-1837

**Date of Request:**
04/26/2013