USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:14-cv-30062-MAP   Document 18   Filed 05/30/14   Page 1 of 3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Michaela Karle | COURT CASE NUMBER<br>3:14-CV-300062-MAP |
|---|---|
| DEFENDANT<br>Capital One | TYPE OF PROCESS<br>Serving of Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Progressive Direct Insurance
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6300 Wilson Rd.  Mayfield Village, OH 44143

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michaela Karle
79 Thompson St.
Springfield, MA 01109

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
*Michaela Karle*
TELEPHONE NUMBER: 413-887-8804
DATE: 4/18/14

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk
Date: 4/22/14

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kathy Kausek   440.395.3377

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5/8/14   Time: 1:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55 65 | SCC + 32  $17.92 | $8 | | | 90  $0.00  80.92 |

REMARKS:  Fwd ND/OH - 4/30/14
$55 65 + 17.92 + 8 = $80.92  90

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage               $
Certified Fee
                                    Postmark
Return Receipt Fee                    Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees

Sent To     United States Marshals Service
            Northern District of Ohio
Street, Apt       U.S. Courthouse
or PO Box   801 West Superior Ave, S-12-100
City, State, Cleveland, OH 44113-1853
            Attn: Service of Process

PS Form 3800, August 2006          See Reverse for Instructions
```

U.S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*300 State Street, S-101, Springfield, MA 01109*

TO:   United States Marshals Service
      Northern District of Ohio
      U.S. Courthouse
      801 West Superior Ave, S-12-100
      Cleveland, OH 44113-1853

FROM: Daniel Spellacy

SUBJECT: **SERVICE OF PROCESS 3:14-CV-300062**

Enclosed please find:

| | |
|---|---|
| **USM-285 Form** | 1 |
| **S&C** | 1 |

Remarks:   Please, kindly serve the attached S&C and return the USM-285 Form proof of service to the above address

Thank you!

Enclosure(s)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rod Jawell_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Rod Jawall   C. Date of Delivery: 5-5-14 |
| 1. Article Addressed to:<br>United States Marshals Service<br>Northern District of Ohio<br>U.S. Courthouse<br>801 West Superior Ave. S-12-100<br>Cleveland, OH 44113-1853<br>Attn: Service of Process | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☑ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 3050 0000 7258 0684 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540