U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Michaela Karle | **COURT CASE NUMBER** 3:14-CV-300062-MAP |
| **DEFENDANT** Capital One | **TYPE OF PROCESS** Serving of Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Capital One
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1680 Capital One Dr. Mclean, VA 22102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michaela Karle
79 Thompson St.
Springfield, MA 01109

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

[Stamps: RECEIVED UNITED STATES MAR... MAY -2 PM 3: ... EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION; APR 22 ... DISTRICT...]

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

*Michaela Karle* (signed)

TELEPHONE NUMBER: 413-887-8804
DATE: 4/18/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 38 | *Dal W. Lilly* | 4/22/14 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above):
Carla Cole, Administrative Assistant - Legal Division

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 05/09/14   Time: 1:35 [X] pm

Signature of U.S. Marshal or Deputy: *(ermond R. Rosh)*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Fwd USMS ED/VA 4/30/14

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



**U.S. Department of Justice**

United States Marshals Service

*District of Massachusetts*

*300 State Street, S-101, Springfield, MA 01109*

**DATE:** April 30, 2014

**TO:** United States Marshals Service
Eastern District of Virginia (83)
Albert V. Bryan Sr. U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5785

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $
Certified Fee
                           Postmark
Return Receipt Fee          Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees

Sent To    United States Marshals Service
Street, Apt. Eastern District of Virginia (83)
or PO Box  Albert V. Bryan Sr. U.S. Courthouse
City, State, 401 Courthouse Square
           Alexandria, VA 22314-5785

PS Form 3800, August 2006        See Reverse for Instructions
```

7012 3050 0000 7258 0677

-CV-30062

1
1

iched process, and return the poof of service

Thank you!

Enclosure(s)

 

# UNITED STATES MARSHALS SERVICE
## Eastern District of Virginia
# TELEPHONE DIRECTORY

## DISTRICT MANAGEMENT

Robert W. Mathieson, *U.S. Marshal*
- Office: (703) 837-5519
- Cell: (703) 200-8842

John O. Bolen, *Chief Deputy*
- Office: (703) 837-5524
- Cell: (202) 359-3937

Brian F. Thomas, *Asst. Chief Deputy*
- Office: (804) 545-8542
- Cell: (804) 246-9134

## ADMINISTRATION

Wendy Putnam
*Administrative Officer*
- Office: (703) 837-5518
- Cell: (703) 675-9657

## OPERATIONAL MANAGEMENT

Ronald Carter,
*Supervisory Deputy - Alexandria Division*
- Office: (703) 837-5514
- Cell: (202) 345-7273

Vince O'Neal,
*Supervisory Deputy - Alexandria Division*
- Office: (703) 837-5554
- Cell: (202) 345-8223

Andrew Mazerik,
*Supervisory Deputy - Norfolk/Newport News*
- Office: (757) 963-5970
- Cell: (703) 906-0916

Darnell Sims,
*Supervisory Deputy - Richmond Division*
- Office: (804) 545-8517
- Cell: (202) 369-6295

## INVESTIGATIONS & PROGRAMS

Gregory Sokolewicz,
*Supervisory Deputy – Fugitives/Warrants*
- Office: (703) 913-4601
- Cell: (703) 371-5728

Tim Griel,
*Sex Offender Investigation Coordinator*
- Cell: (202) 528-9830

Nick Proffitt,
*Protective Intelligence Investigator*
- Office: (757) 963-5968
- Cell: (703) 926-9344

Lisa Berger,
*Judicial Security Inspector*
- Office: (804) 545-8511
- Cell: (804) 400-9454

Joseph McDermott,
*Judicial Security Inspector*
- Office: (804) 545-8510
- Cell: (804) 389-8939

**Vacant**
*Asset Forfeiture Financial Investigator*
- Office:
- Cell:

### ALEXANDRIA DIVISION — ALBERT BRYAN U.S. COURTHOUSE
401 Courthouse Square, Alexandria, VA 22314
**MAIN: (703) 837-5500**

**ADMINISTRATIVE STAFF**

| Name | Title | Phone |
|---|---|---|
| Helms, Jeannie | Inv. Research Specialist | (703) 837-5544 |
| Hodges, LeeAnna "Jewel" | Criminal Program Specialist | (703) 837-5538 |
| Morales, Maiya | Administrative Assistant | (703) 837-5512 |
| Norton, Karen | Purchasing Agent | (703) 837-5517 |
| Patterson, Ronda | Management & Program Analyst | (703) 837-5523 |
| Sylvia, Yolonda | Budget Analyst | (703) 837-5506 |

**DEPUTY U.S. MARSHALS** — *After-Hours (Emergency): (703) 856-9006*

| Name | Phone | Name | Phone |
|---|---|---|---|
| Bradley, Charles | (703) 837-5536 | Noel, John | (703) 913-4615 |
| Burgos, Keith | (703) 837-5535 | Proctor, Desmond | (703) 837-5558 |
| Carvalho, Justin | (703) 837-5502 | Shields, Amanda | (703) 837-5551 |
| Devine, Joshua | (703) 837-5552 | Staley, Carl | (703) 837-5553 |
| Eberling, Timothy | (703) 837-5521 | Taylor, Joshua | (703) 837-5529 |
| Knapp, James | (703) 837-5527 | Turner, James | (703) 837-5526 |
| Vacant | | Vacant | |
| Vacant | | | |

**DETENTION ENFORCEMENT OFFICER**
Vacant

### NORFOLK DIVISION — WALTER E. HOFFMAN U.S. COURTHOUSE
600 Granby Street, Norfolk, VA 23510
**MAIN: (757) 963-5963**

**ADMINISTRATIVE STAFF**

| Name | Title | Phone |
|---|---|---|
| Harrell, Lori | Criminal Clerk | (757) 963-5991 |
| Wilkins, James | Admin. Support Assistant | (757) 963-5992 |

**DEPUTY U.S. MARSHALS** — *After-Hours (Emergency): (703) 926-9361*

| Name | Phone | Name | Phone |
|---|---|---|---|
| Alley, Timothy | (757) 963-5989 | Rozier, Jerold | (757) 963-5974 |
| Annan, Sherri | (757) 963-5976 | Russell, Joshua | (757) 963-5977 |
| Davis, Carter | (757) 247-2847 | Silvia, Jason | (757) 963-5964 |
| Nance, Jeffrey | (757) 963-5965 | Tolliver, Douglas | (757) 963-5966 |
| Nixon, Alison | (757) 963-5978 | Wilhite, Shane | (757) 963-5962 |
| Powers, Lemuel "Mac" | (757) 247-2845 | Yetzer, Patrick | (757) 963-5971 |
| Vacant | | Vacant | |

**DETENTION ENFORCEMENT OFFICER**
Vacant — (757) 963-5961

### RICHMOND DIVISION — ROBINSON/MERHIGE FED. COURTHOUSE
701 E. Broad Street, Richmond, VA 23219
**MAIN: (804) 545-8501**

**ADMINISTRATIVE STAFF**

| Name | Title | Phone |
|---|---|---|
| Moseley, Sonya | Criminal Clerk | (804) 545-8520 |
| Vacant | Admin. Support Lead | (804) 545-8521 |
| Russell, Andrew | Asset Forfeiture Coordinator | (804) 545-8549 |
| Whitehead, Altrecia | Property Management Specialist | (804) 545-8557 |
| Vacant | Asset Forfeiture Auditor (**FSA**) | (804) 545-8548 |
| Matos, Carmen | Data Analyst (**FSA**) | (804) 545-8545 |
| Venturo, Heather | Records Examiner Analyst (**FSA**) | (804) 545-8546 |

**DEPUTY U.S. MARSHALS** — *After-Hours (Emergency): (703) 898-3267*

| Name | Phone | Name | Phone |
|---|---|---|---|
| Hundley, Adam | (804) 545-8526 | Stanton, William "Bill" | (804) 441-6323 |
| Palmer, Matthew | (804) 545-8513 | Stalnaker, Brian | (804) 545-8522 |
| Patterson, Phillip | (804) 441-6329 | Titus, Danielle | (804) 545-8554 |
| Rhodenizer, Aaron | (804) 545-8515 | Trevillian, Kevin | (804) 545-8518 |
| Rooks, Brandon | (804) 545-8516 | | |

**DETENTION ENFORCEMENT OFFICER**
Whitehead, Jeffrey — (804) 545-8514

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

MICHAELA O. KARLE

*Plaintiff*

v.

Civil Action No.:
3:14-CV-30062-MAP

CAPITAL ONE, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital One
P.O Box 30281
Salt Lake City, UT 84130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Michaela Karle
7 old South St.
Northampton, MA 01060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL

CLERK OF COURT

/s/ – Mary Finn

*Signature of Clerk or Deputy Clerk*

SUED ON 2014-04-16 10:07:27.0, Clerk USDC DMA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): J Green    C. Date of Delivery: 5-2-14 |
| 1. Article Addressed to:<br><br>United States Marshals Service<br>Eastern District of Virginia (83)<br>Albert V. Bryan Sr. U.S. Courthouse<br>401 Courthouse Square<br>Alexandria, VA 22314-5785 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 3050 0000 7258 0677 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540