# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

MICHAELA O. KARLE
*Plaintiff*

v.

Civil Action No.:
3:14-CV-30062-MAP

CAPITAL ONE, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chase
P.O. Box 15298
Wilmington, DE 19850

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michaela Karle
7 Old South St.
Northampton, MA 01060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT M. FARRELL
*CLERK OF COURT*

/s/ — Mary Finn
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-04-16 10:07:27.0, Clerk USDC DMA

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michaela Karle | 3:14-CV-300062-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Capital One | Serving of Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chase
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O Box 15298, Wilmington, DE 19850

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michaela Karle
79 Thompson St.
Springfield, MA 01109

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

2014 APR 22 P 1:30
DISTRICT OF
RECEIVED

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total 

Sent To: Chase
Street, or PO Box: P.O. Box 15298
City, St: Wilmington, DE 19850

PS Form 3800, August 2006    See Reverse for Instructions

7012 3050 0000 7258 0646

| | TELEPHONE NUMBER | DATE |
|---|---|---|
| ☒ PLAINTIFF ☐ DEFENDANT | 413-887-8804 | 4/18/14 |

HAL ONLY-- DO NOT WRITE BELOW THIS LINE

District to serve No. 38

Signature of Authorized USMS Deputy or Clerk: *Neil W. Spell*   Date: 4/22/14

legal evidence of service, ☐ have executed as shown in "Remarks", the process described ove on the on the individual, company, corporation, etc. shown at the address inserted below.

l, company, corporation, etc. named above *(See remarks below)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 5/5/14    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Mailed Certified. Delivered on

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  PAPA H  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  BRAHIMA TRAORE  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 1985 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY - 2 2014 |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service)*   7012 3050 0000 7258 0646 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540