| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michaela Karle | 3:14-CV-300062-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Capital One | Serving of Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
First United Security Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
32451 Highway 43, Thomasville, AL 36784

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michaela Karle
79 Thompson St.
Springfield, MA 01109

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
*Michaela Karle*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 413-887-8804
DATE: 4/18/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/22/14 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5-12-14
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Fwd USMS SD/AL 4/30/14  Certified mail 7013 2250 0001 2606 7857
Signed for by: G. Shamburgert

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

MICHAELA O. KARLE
*Plaintiff*

v.

CAPITAL ONE, ET AL.
*Defendant*

Civil Action No.:
3:14-CV-30062-MAP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
First United Security Bank
32451 Highway 43
Thomisville, AL 36784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:
Michaela Karle
7 Old South St.
Northampton, MA 01060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Mary Finn
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-04-16 10:07:27.0, Clerk USDC DMA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
mailed 5/7/2014

7013 2250 0001 2606 7857

Sent To: First United Security Bank
Street, Apt. No.; or PO Box No. 32451 Highway 43
City, State, ZIP+4 Thomasville, AL 36784

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First United Security Bank
32451 Highway 43
Thomasville, AL 36784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
G. Shamburger

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from serv.)   7013 2250 0001 2606 7857

PS Form 3811, July 2013   Domestic Return Receipt



**U.S. Department of Justice**

United States Marshals Service

*Southern District of Alabama*

*113 Saint Joseph Street*
*Mobile, AL 36602*

To:　　　　　　　　United States Marshals Service
　　　　　　　　　　District of Massachusetts
　　　　　　　　　　300 State Street, S-101
　　　　　　　　　　Springfield, MA 01109

From:　　　　　　　Pamela Ferrill

Subject:　　　　　　Service of Process USM-285 Executed
　　　　　　　　　　For 3:13-CV-30062

Thank you!

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage | | |

Sent To
United States Marshals Service
Southern District of Alabama
413 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7013 2710 0000 3050 7258 0690

**U.S. Department of Justice**

United States Marshals Service

*District of Massachusetts*

---

*300 State Street, S-101, Springfield, MA 01109*

TO:        United States Marshals Service
Southern District of Alabama
413 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

FROM:    Daniel Spellacy

SUBJECT:  **Service of Process 3:14-CV-30062**

Enclosed please find:

**USM-285 Form**      1
**S&C**      1

Remarks:    Please, kindly serve the attached process and return the USM-285 Form proof of service to our district.

Thank you!

Enclosure(s)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  L. Smith   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  L. SMITH<br>C. Date of Delivery  8/5/14 |
| 1. Article Addressed to:<br><br>United States Marshals Service<br>Southern District of Alabama<br>413 U.S. Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☒ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service)*   7012 3050 0000 7258 0691 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540